IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RODERICK EDWARD KIRK                                                    PLAINTIFF

v.                                        Case No. 4:26-cv-4054

HARRIS COUNTY
CHILD SUPPORT, *et al*.                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable

Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 6.  Upon preservice screening of Plaintiff's Complaint (ECF No. 2) pursuant to 28 U.S.C.

§ 1915(e)(2), Judge Singleton recommended that Plaintiff's claims be dismissed with prejudice

for the following reasons: this Court does not have jurisdiction over matters related to child support

payments, abstention is appropriate for any potential challenge to a pending state action, and the

Court generally may not review state court judgments.  Plaintiff has not objected to the R&R, and

the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's

reasoning is sound, the Court adopts the R&R (ECF No. 6) in toto.  Accordingly, Plaintiff's

Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge